**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-M-1034

JOHN DEERE COMPANY,

    Plaintiff,

v.

VALLEY IMPLEMENT COMPANY, *et al.*,

    Defendants.

_____

ORDER RE: MOTION TO WITHDRAW MOTION FOR REVIVAL OF JUDGMENT
_____

THIS COURT, having reviewed the Motion to Withdraw Motion for Revival of Judgment and being fully advised of the premises;

DOES ORDER that John Deere Company shall be permitted to withdraw its Motion for Revival of Judgment, without prejudice, to its right to seek revival of such Judgment in the future pursuant to the applicable statutes.

ORDERED this 18th day of August, 2011

                      BY THE COURT:
                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge